BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-10-00013 GGH |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION AND ORDER |
| v. | ) | |
| | ) | |
| BRIAN MCGREGOR, | ) | DATE: March 1, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Gregory G. Hollows |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1

Order dismissing the above-entitled matter, Cr. No. S-10-00013 GGH.

DATED: February 25, 2010

                                            Benjamin B. Wagner
                                            United States Attorney

                                    By:   /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

                                      <u>O R D E R</u>

IT IS SO ORDERED:

DATED: February 26, 2010

/s/ Gregory G. Hollows
United States Magistrate Judge

mcgregor.dsm